**University Hospitals**

January 4, 2012

Ms. Rochelle Boykin
20671 Priday Ave
Euclid, OH 44123

Re: Notification of review extension for appeal of disability benefit denial for Cynthia Davis.

Dear Ms. Boykin:

We received your written request for an appeal of the November 7, 2011 notification of denial of disability benefits for Cynthia Davis on November 22, 2011. We will need additional time to process your appeal request and will respond with a final determination in writing by February 20, 2012.

Sincerely,

Catherine Huston
Director, University Hospitals

*Nothing on this extension letter explaining any special circumstances requiring an extension, which is indicated in your handbook.*

376408 v1
CORP0011514